[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 10-13006
Non-Argument Calendar

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
FEBRUARY 22, 2011
JOHN LEY
CLERK

D.C. Docket No. 8:10-cr-00073-SDM-TGW-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

JOSE LUIS AGUILAR-ARRAIZA,
a.k.a. Jose Luis Alvarez-Arraiza,
a.k.a. Jose Luis Aguilera-Arraiza,
a.k.a. Jose Luis Alvarez,
a.k.a. Fernando Garza,
a.k.a. Jose Luis Alvarez-Gutierrez,
a.k.a. Jesse Luis Alvarez,
a.k.a. Jose Alvarez,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

(February 22, 2011)

Before MARCUS, PRYOR and FAY, Circuit Judges.

PER CURIAM:

Jose Luis Aguilar-Arraiza appeals the reasonableness of his sentence of imprisonment for 110 months following his plea of guilt to illegal re-entry into the United States after deportation for an aggravated felony. 8 U.S.C. § 1326(a), (b)(2). Aguilar-Arraiza's latest conviction followed four deportations in 1974, 1977, 1996, and 2007 and several earlier convictions. We affirm.

Our review of a sentence for reasonableness is a deferential standard of review for abuse of discretion. Gall v. United States, 552 U.S. 38, 51, 128 S.Ct. 586, 597 (2007).

Aguilar-Arraiza's sentence is reasonable. The district court correctly calculated the guideline range of 70 to 87 months and considered the statutory sentencing factors. 18 U.S.C. § 3553(a). The district court reasonably concluded that an upward variance was necessary to reflect the seriousness of the offense, promote respect for the law, provide just punishment, and afford adequate deterrence. The district court did not abuse its discretion in sentencing Aguilar-Arraiza to 110 months of imprisonment.

**AFFIRMED.**